

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2025

No. 04-25-00483-CR

Joe Luis **TRINIDAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0568
Honorable Frank J. Castro, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 24, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court